Bankruptcy Court at San Fernando Valley, case no: 1:13-bk-11804-AA
Adversary no: 1:14-ap-01171-AA
BAP case no: CC-14-1566

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE AMBER HOTEL CORPORATION,<br><br>        Reorganized Debtor,<br>_____<br>JAMES J. LITTLE,<br><br>        Appellant,<br><br>    v.<br><br>STEPHEN K. POST, et al.,<br><br>        Appellees.<br>_____ | Case No. CV 15-0134 FMO<br><br>**JUDGMENT** |

IT IS ADJUDGED THAT the bankruptcy court's decision is **affirmed in part** and **reversed in part**. The bankruptcy court's decision is reversed with respect to the ninth, tenth and eleventh causes of action of the Adversary Complaint. The matter is remanded to the bankruptcy court to consider whether the ninth, tenth and eleventh causes of action in the Adversary Complaint should be remanded to the state court. The bankruptcy court's decisions are affirmed in all other respects.

Dated this 9th day of February, 2016.

                                                                   /s/
                                        Fernando M. Olguin
                                   United States District Judge